John H. Maddock III
Lori M. Scott (admitted *pro hac vice*)
MCGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219-4030
(804) 775-1000

*Attorneys for HSBC Bank USA, National Association, in its Capacity as Trustee for ACE Securities Corp. Home Equity Loan Trust, Series 2006-FM2 Asset Backed Pass-Through Certificates, by and through its Servicer, BAC Home Loans Servicing, LP*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

| | |
|---|---|
| IN RE: ) | Case No. 10-22652 (RDD) |
| ) | |
| PRISCILLA C. TAYLOR, ) | |
| ) | Chapter 13 |
| Debtor. ) | |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

HSBC Bank USA, National Association, it its Capacity as Trustee for ACE Securities Corp. Home Equit Loan Trust, Series 2006-FM2 Asset Backed Pass-Through Certificates, by and through its Servicer, BAC Home Loans Servicing, LP by counsel, in accordance with the Bankruptcy Court's January 17, 2012 Stipulated Order Approving Settlement Agreement and Loan Modification, hereby withdraws, without prejudice, its Proof of Claim # 6-1, which was filed on August 11, 2010.

Dated: January 19, 2012

McGuireWoods LLP

By: /s/ John H Maddock III
John H. Maddock III
Lori M. Scott (admitted *pro hac vice*)
MCGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
(804) 775-1000

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Withdrawal of Proof of Claim was served on all parties receiving notice through the Court's CM/ECF system and first-class mail on January 19, 2012 including the following:

>Linda M. Tirelli, Esq.
>Law Offices of Linda M. Tirelli
>One North Lexington Avenue
>11th Floor
>White Plains, New York 10601
>
>Jeffrey L. Sapir-13
>As Chapter 13 and 12 Trustee
>399 Knollwood Road
>Suite 102
>White Plains, New York 10603
>
>Greg Zipes, Esq.
>United States Department of Justice
>Southern District of New York
>33 Whitehall Street, 21st Floor
>New York, New York 10004

/s/ John H. Maddock III

\36497201.2